# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAY, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>GOVERNOR GRAY DAVIS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-03-5814 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT, AND GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS NUNC PRO TUNC TO JUNE 6, 2005<br><br>(Doc. 58) |

On April 25, 2005, the court issued an order requiring plaintiff to file a second amended complaint within thirty days and a Findings and Recommendations recommending plaintiff's motions for preliminary injunctive relief be denied. On May 31, 2005, plaintiff filed a request for an extension of time to file a second amended complaint and objections to the Findings and Recommendations. On June 6, 2005, plaintiff filed objections to the Findings and Recommendations.

Plaintiff's request for an extension of time to file a second amended complaint is GRANTED. Plaintiff has **thirty (30) days** from the date of service of this order within which to file a second amended complaint. Plaintiff's motion for an extension of time to file objections is GRANTED nunc pro tunc to June 6, 2005.

IT IS SO ORDERED.

Dated:   **June 8, 2005**                                /s/ Sandra M. Snyder
i0d3h8                                                        UNITED STATES MAGISTRATE JUDGE