UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAY, JR., | CASE NO. 1:03-CV-5814-AWI-SMS-P |
| Plaintiff, | ORDER DISREGARDING FILING OF JUNE 21, 2005 |
| v. | (Doc. 64) |
| GOVERNOR GRAY DAVIS, et al., | |
| Defendants. | |

Plaintiff Johnny Gray ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2005, in compliance with the Court's Orders of September 30, 2004, November 22, 2004, and April 25, 2005, plaintiff filed a second amended complaint. On June 21, 2005, plaintiff filed what at first appeared to be a third amended complaint, absent leave of court.

It is not entirely clear what plaintiff's filing of June 21, 2005, is intended to be. Although the first page of the filing is entitled "Amended Complaint," the second page is entitled "Objections to Magistrate Judge Findings and Recommendations" and the attached proof of service describes the filing as an Objection. There are no Findings and Recommendations pending which require responses from plaintiff. The most recent Findings and Recommendations was filed on April 25, 2005. Plaintiff filed an Objection on June 6, 2005, and the Findings and Recommendations was adopted in full on June 17, 2005. Although the Findings and Recommendations filed on August 13, 2004, is still pending, plaintiff filed an Objection on September 22, 2004. Plaintiff has already been warned by the Court that he may not file multiple responses to the Court's orders. (Doc. 56, 2:3-4.)

1 In light of the facts that the exact nature of plaintiff's filing cannot be determined, that plaintiff was not given leave to file a third amended complaint, and that there are no Findings and Recommendations pending which require a response from plaintiff, plaintiff's filing of June 21, 2005 is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   July 12, 2005**           /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE