# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAY, JR., | CASE NO. CV-F-03-5814 AWI SMS P |
| Plaintiff, | ORDER OPENING DISCOVERY FOR THE LIMITED PURPOSE OF ALLOWING PLAINTIFF TO ATTEMPT TO IDENTIFY DEFENDANT JANE DOE |
| v. | |
| GOVERNOR GRAY DAVIS, et al., | |
| Defendants. | |

Plaintiff Johnny Gray ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint, filed May 31, 2005, against defendant Jane Doe under section 1983 for violation of the Eighth Amendment, and against inmate Barnett under California law for violation of section 1708.5 of the Civil Code. The court cannot direct the United States Marshal to initiate service of process on an unidentified defendant. Therefore, plaintiff must obtain the identity of defendant Doe in order for this action to proceed. The court shall open discovery for the limited purpose of allowing plaintiff to attempt to identify defendant Doe. Plaintiff shall provide the court with the identity of defendant Doe within one-hundred twenty days. Fed. R. Civ. P. 4(m). <u>If plaintiff is unable to provide a name for defendant Doe within one-hundred twenty days, this action will be dismissed, without prejudice</u>.[1] <u>Id</u>.

---

[1] Plaintiff's ability to proceed in this action on his state law claim against inmate Barnett is dependent on the existence of his federal claim against defendant Doe. 28 U.S.C. § 1367(a). If plaintiff is unable to identify defendant Doe, his federal claim will be dismissed and the court will decline to exercise supplemental jurisdiction over his state law claim. <u>United Mine Workers of America v. Gibbs</u>, 383 U.S. 715, 726 (1966). For this reason, this

Based on the foregoing, it is HEREBY ORDERED that:

1. Discovery is opened for the limited purpose of allowing plaintiff to attempt to identify defendant Jane Doe;

2. Plaintiff shall provide the court with the identity of defendant Doe within **one-hundred twenty (120) days** from the date of service of this order; and

3. <u>If plaintiff fails to provide the court with the name of defendant Doe within one-hundred twenty days, this action will be dismissed pursuant to Rule 4(m), without prejudice</u>.

IT IS SO ORDERED.

**Dated:   August 8, 2005**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

---

action will not proceed against defendant Barnett on the state law claim until and unless defendant Doe is identified and served with process.

2