# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GRAY, JR., | CASE NO. 1:03-CV-5814-AWI-SMS-P |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE |
| v. | (Docs. 66 and 67) |
| GOVERNOR GRAY DAVIS, et al., | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS FILE |
| Defendants. | |
| _____/ | |

Plaintiff Johnny Gray ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On July 15, 2005, the undersigned issued an order directing, in relevant part, that this action proceed on Plaintiff's second amended complaint, filed May 31, 2005, against Defendant Jane Doe under 42 U.S.C. § 1983 for violation of the Eighth Amendment, and against Defendant Barnett, an inmate, under state law for violation of section 1708.5 of the California Civil Code. (Doc. 66.) The matter was referred back to the Magistrate Judge for further proceedings. (Id.)

On August 8, 2005, the Magistrate Judge issued an order opening discovery for the limited purpose of allowing Plaintiff to attempt to identify Defendant Jane Doe. (Doc. 67.) Plaintiff was ordered to notify the Court of Defendant Doe's identity within one-hundred twenty days and warned that dismissal of this action would result if he did not do so. (Id.) Plaintiff was also notified that in accordance with 28 U.S.C. § 1367(a), the Court would not exercise supplemental jurisdiction over his state law tort claim against inmate Barnett until and unless Plaintiff was able to identify

///

1

1   Defendant Jane Doe.  (Id.)  More than one-hundred twenty days have passed and Plaintiff has not

2   provided the identity of Defendant Doe or otherwise been in contact with the Court.

3        Accordingly, it is HEREBY ORDERED that:

4        1.      Plaintiff's state law tort claim against Defendant Barnett is dismissed, without

5                prejudice; and

6        2.      Plaintiff's federal claim against Defendant Doe is dismissed based on Plaintiff's

7                failure to identify her so that service may be effected, thus concluding this action in

8                its entirety; and

9        3.      The Clerk of the Court is directed to close the file in this case.

10

11   IT IS SO ORDERED.

12   **Dated:   March 3, 2006**                    **/s/ Anthony W. Ishii**
     0m8i78                                        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28